**FILED**

05/09/2022

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 21-0154

IN THE SUPREME COURT OF THE STATE OF MONTANA

DA 21-0154

_____

DENIS AGUADO,

    Petitioner and Appellant,

v.

STATE OF MONTANA,

    Respondent and Appellee.

_____

FILED

MAY 09 2022

Bowen Greenwood
Clerk of Supreme Court
State of Montana

O R D E R

Appellant Denis Aguado has filed a motion for an extension of time within which to file his reply brief. Good cause appearing,

IT IS HEREBY ORDERED that Appellant's motion for extension is GRANTED. Appellant has until May 31, 2022, within which to file his reply brief.

No further extensions will be granted.

DATED this 9th day of May, 2022.

For the Court,

_____
Chief Justice